Commonwealth *v*. Berry, Appellant.

Argued November 18, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, WATKINS, and MONTGOMERY, JJ. (ERVIN, J., absent).

*Joseph M. Loughran,* for appellant.

*Christ. C. Walthour, Jr.,* for wife of defendant.

*John K. Best,* First Assistant District Attorney, and *Richard McCormick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 14, 1960:
The six judges who heard the argument in this case being equally divided in opinion, the order is affirmed.